# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DRESDEN MICHAEL WILLIAMS,<br><br>   Petitioner,<br>v.<br>JERRY HOWELL, *et al.*,<br><br>   Respondents. | Case No. 2:18-cv-01297-MMD-GWF<br><br>ORDER |

It is ordered that Respondents' motion for enlargement of time (ECF No. 6) is granted. Respondents will have until November 16, 2018, to file a response to the petition for writ of habeas corpus in this case.

DATED THIS 14th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE