UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DRESDEN MICHAEL WILLIAMS, | Case No. 2:18-cv-01297-MMD-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JERRY HOWELL, *et al.*, | |
| Respondents. | |

Good cause appearing, respondents' motion for enlargement of time (ECF No. 9) is granted *nunc pro tunc* to November 16, 2018. Respondents will have until November 26, 2018, to file their index of exhibits and exhibits in support of their motion to dismiss. Petitioner will have thirty days from the filing of the exhibits and index of exhibits to file a response to the motion to dismiss.

DATED THIS 19th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE