# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DRESDEN MICHAEL WILLIAMS, | Case No. 2:18-cv-01297-MMD-GWF |
| Petitioner, | ORDER |
| v. | |
| JERRY HOWELL, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's motion for enlargement of time (ECF No. 23) is granted. It is therefore ordered that Petitioner will have until January 26, 2019, to file an opposition to Respondents' motion to dismiss.

Further, as Petitioner indicates he has not received a copy of the pending motion to dismiss, the Clerk of Court is directed to send Petitioner a copy of the motion to dismiss (ECF No. 10).

DATED THIS 26th day of December 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE