# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DRESDEN MICHAEL WILLIAMS,<br><br>                    Petitioner,<br>    v.<br><br>JERRY HOWELL, *et al.*,<br><br>                    Respondents. | Case No. 2:18-cv-01297-MMD-GWF<br><br>ORDER |

Petitioner's motion for enlargement of time (ECF No. 25) is granted. Petitioner will have until March 26, 2019, to file an opposition to Respondents' motion to dismiss. As Petitioner indicates that he has not received the motion to dismiss, the Clerk of Court is directed to send Petitioner a copy of the motion to dismiss (ECF No. 10).

DATED THIS 11th day of January 2019.

                                            MIRANDA M. DU
                                            UNITED STATES DISTRICT JUDGE