UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DRESDEN MICHAEL WILLIAMS,<br><br>Petitioner,<br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>Respondents. | Case No. 2:18-cv-01297-MMD-GWF<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 29) is granted. Respondents will have until February 28, 2019, to file a reply to Petitioner's response to the motion to dismiss in this case.

DATED THIS 21st day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE